UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERNEST WEATHERSPOON                                CIVIL ACTION

VERSUS                                             NO. 10-060

SHERIFF NEWELL NORMAND, ET AL.                     SECTION: "S"(3)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and for otherwise failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this __22nd__ day of _____February_____, 2010.

_[signature]_
**UNITED STATES DISTRICT JUDGE**